1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
                              DISTRICT OF NEVADA
7
8     SEAN KULL,                          )        3:06-CV-239-BES (RAM)
                                          )
9                  Plaintiff,             )        **ORDER**
                                          )
10            vs.                         )
                                          )
11    JO ANNE BARNHART, Commissioner      )
      of the Social Security Administration,  )
12                                        )
                   Defendant.             )
13    _____)

14          Plaintiff has filed an Application to Proceed *In Forma Pauperis* (Doc. #1).  In reviewing the

15    request, the court finds that it does not have sufficient financial information to rule on the application.

16          **IT IS HEREBY ORDERED** that Plaintiff file an Affidavit with this court providing the

17    following information:

18          1.    The sources and amounts of all income for the preceding twelve (12) months including

19                that from unemployment compensation or worker's compensation, if any;

20          2.    Plaintiff's place of employment;

21          3.    Plaintiff's marital status and, if married, the place of employment and income of his

22                spouse;

23          4.    Dependents, if any, and their relationship to Plaintiff;

24          5.    Plaintiff's living expenses per month;

25          6.    Amounts owed and monthly payments, if any; and

26          7.    Any and all other assets and liabilities, including real property, jewelry, automobile and

27                the like.

28    / / /

1    Plaintiff is to file the Affidavit with the Clerk of the Court on or before **4:00 P.M. on**

2  **FRIDAY, MAY 26, 2006.**

3    DATED:  May 3, 2006.

4

5  _____
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28